**1**

**W. Freeland DALZELL, Libelant Appellee, v. Steam Tug MARGARET, Her Engines, etc.; Erie Basin Towing & Hoisting Company, Claimant Appellant.**

**W. Freeland DALZELL, Libelant Appellee, v. ROBINS DRY DOCK & REPAIR COMPANY, Respondent Appellant.**

(Circuit Court of Appeals, Second Circuit. January 6, 1926.)

No. 169.

Appeal from the District Court of the United States for the Southern District of New York.

Crowell & Rouse, of New York City (E. C. Rouse, of New York City, of counsel), for appellant.

Bigham, Englar & Jones, of New York City (L. J. Matteson, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

═══

**2**

**Moritz NEUBERGER, Plaintiff in Error, Appellant, v. UNITED STATES, Defendant in Error, Appellee.**

(Circuit Court of Appeals, Second Circuit. November 24, 1925.)

No. 101.

Appeal from and in Error to the District Court of the United States for the ·Southern District of New York.

For opinion below, see 6 F.(2d) 387.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER ·CURIAM. This cause came here both by appeal and writ of error from order entered in the District Court for the Southern District of New York. Moritz Neuberger having filed a petition for naturalization, the same duly came on for hearing in the court below. After hearing, said court entered an order declaring that "said petition is hereby denied." Thereupon said Moritz Neuberger took an appeal and a writ of error.

Questions Certified.

.(1) Has the Circuit Court of Appeals jurisdiction to review the order of the District Court denying the petition to be admitted to citizenship in the United States?

If the answer to the first question is in the affirmative:

(2) Is an appeal the appropriate remedy for obtaining such review?

(3) Is a writ of error the appropriate remedy for obtaining such review?

═══

**3**

**New York, New Haven & Hartford Railroad Company, Libelant Appellee, v. Steam Tug INTREPID, Her Engines, etc.; Brooklyn Eastern District Terminal, Claimant Appellant.**

(Circuit Court of Appeals, Second Circuit. November 16, 1925.)

No. 83.

Appeal from the District Court of the United States for the Southern District of New York.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., of New York City, advocate), for claimant appellant.

James T. Kilbreth, of New York City, for libelant appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

═══

**4**

**Carmine PIETROMALA, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. December 7, 1925.)

No. 111.

In Error to the District Court of the United States for the Southern District of New York.

John B. Johnston, of New York City, for plaintiff in error.

Emory R. Buckner, U. S. Atty., of New York City (William D. Whitney, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.·

Before ROGERS, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed.